UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO C. MENDOZA,<br><br>                    Petitioner,<br>     v.<br>ROBERT LEGRAND, *et al.*,<br><br>                    Respondents. | Case No. 3:15-cv-00507-MMD-VPC<br><br>ORDER |

Petitioner has filed a second amended petition for writ of habeas corpus (ECF No. 26). The Court has reviewed it, and respondents will need to file an answer or other response to it.

Petitioner also has filed a motion to partially waive Local Rule IA 10-3(e) (ECF No. 29). The Court grants this motion.

It is therefore ordered that respondents will have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the second amended petition. (ECF No. 26.) Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 will apply.

1 | It is further ordered that petitioner's motion to partially waive Local Rule IA 10-3(e)
2 | (ECF No. 29) is granted.
3 | DATED THIS 17th day of August 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE