UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO C. MENDOZA,<br><br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:15-cv-00507-MMD-VPC<br><br>ORDER |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 34), and good cause appearing, it is therefore ordered that respondents' unopposed motion for enlargement of time (second request) (ECF No. 34) is granted. Respondents will have through December 7, 2017, to file and serve an answer or other response to the second amended petition (ECF No. 26).

DATED THIS 1st day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE