UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARMANDO C. MENDOZA,<br><br>    Petitioner,<br> v.<br>ROBERT LEGRAND, *et al.*,<br><br>    Respondents. | Case No. 3:15-cv-00507-MMD-VPC<br><br>ORDER |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 37), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 37) is granted. Petitioner will have through February 19, 2018, to file and serve a response to the motion to dismiss (ECF No. 36).

DATED THIS 29th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE