UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO C. MENDOZA, | Case No. 3:15-cv-00507-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 40), and good cause appearing, it is therefore ordered that respondents' motion for enlargement of time (first request) (ECF No. 40) is granted. Respondents will have through March 29, 2018, to file a reply to petitioner's opposition (ECF No. 39).

DATED THIS 2nd day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE