# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARMANDO C. MENDOZA,<br><br>　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:15-cv-00507-MMD-CBC<br><br>ORDER |

Petitioner filed an unopposed motion to extend (first request) ("Motion") (ECF No. 45). It is therefore ordered that, good cause appearing, Petitioner's Motion is granted. Petitioner will have through November 23, 2018, to comply with the Court's September 6, 2018 order (ECF No. 44).

DATED THIS 17th day of October 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE