UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ARMANDO C. MENDOZA, | Case No. 3:15-cv-00507-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

Petitioner has filed a motion for partial dismissal of ground 3 (ECF No. 47). Respondents do not oppose the motion (ECF No. 48).

It is therefore ordered that Petitioner's motion for partial dismissal of ground 3 (ECF No. 47) is granted. Ground 3 is dismissed.

It is further ordered that Respondents will have 45 days from the date of entry of this order to file and serve an answer. The answer must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will have 45 days from the date on which the answer is served to file a reply.

DATED THIS 10th day of December 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE