# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO C. MENDOZA,<br><br>  Petitioner,<br>v.<br><br>ROBERT LeGRAND, *et al.*,<br><br>  Respondents. | Case No. 3:15-cv-00507-MMD-CBC<br><br>ORDER |

Respondents motion for enlargement of time (ECF No. 50) is granted, and the time for respondents to respond to the amended petition is extended up to and including March 11, 2019.

DATED THIS 28th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE