# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO C. MENDOZA, | Case No. 3:15-cv-00507-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

Good cause appearing, it is ordered that Petitioner's unopposed motion to extend the time for filing the reply (ECF No. 54 (first request)) is granted. Petitioner will have through August 5, 2019, to file a reply to the answer (ECF No. 52).

DATED THIS 29th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE